# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JEREMIAH SULLIVAN, in his fiduciary capacity as a
Trustee of the STONE SETTERS LOCAL 84
PENSION FUND, ANNUITY FUND, VACATION
FUND, APPRENTICE FUND and INDUSTRY
PROMOTION FUND and as a Trustee and
Administrator of the BRICKLAYERS LOCAL NO. 1
WELFARE AND INSURANCE FUND and as
President of the BRICKLAYERS AND ALLIED
CRAFTWORKERS LOCAL UNION NO. 1, NEW
YORK, B.A.C.I.U., AFL-CIO,

16 **CIVIL** 3348 (AT) (DCF)

**JUDGMENT**

                Plaintiffs,

-against-

PREESTIGE STONE & PAVERS CORP.,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2020, The Court has reviewed de novo those portions of the R&R to which Defendant properly objects and has reviewed the remainder of the R&R for clear error; for the reasons stated in the Order, the R&R is adopted in its entirety; Accordingly, Plaintiff's motion for summary judgment is granted, and Plaintiff is awarded $145,881.76, representing:

- $23,248.42, representing costs related to the audit, liquidated damages, and interest on the delinquent Fund contributions and dues running up until the date when the principal was fully repaid;

- $119,130.75 in attorney's fees; and

- $3,502.59 in litigation costs, and the case is closed.

**Dated:** New York, New York

March 31, 2020

                                              **RUBY J. KRAJICK**
                                              _____
                                              **Clerk of Court**
**BY:**
                                         _____
                                              **Deputy Clerk**